## Criminal Calendar: Sentencing

**Before: Judge John Gleeson, U.S.D.J.**

Date: 10/23/2014   Time: 3:00pm – 4:00pm
DOCKET NUMBER: 12 CR 668 and 13 CR 264

DEFENDANT'S NAME: Shaka Stayman
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Donna R. Newman
___ Legal Aid ✓ CJA ___ Retained

AUSA: Paul A. Tuchman   Deputy Clerk: Ilene Lee

Probation Officer: Cheryl Fiorillo

INTERPRETER: _____ (Language) _____

COURT REPORTER: Gene Rudolph
✓ Case Called.
✓ Defendant is given the opportunity to speak on his/her behalf.

___ The Courts finds that there is a factual basis supporting the deft's guilty plea offered before Magistrate Judge _____ on _____. The guilty plea is accepted.

___ The Pre-sentence Report is adopted without change.

✓ Defendant is sentenced to **84** months imprisonment on count one in 12-CR-668 and on count one in 13-CR-264. The term of incarceration is to run concurrently on each count, totaling 84 months of incarceration.
This is to be followed by **3** years of supervised release on count one in 12-CR-668 and on count one in 13-CR-264. The term of supervised release is to run concurrently on each count, totaling 3 years of supervised release.

**Special Conditions:** ⊖ No firearms or ammunitions. ⊖ Full financial disclosure. ⊖ Compliance with the Order of Forfeiture as attached. ⊖ Compliance with the Order of Restitution (to be determined). ⊖ While on supervised release, defendant must verify his employment with Probations.

✓ Defendant is ordered to pay restitution in the amount of $ (To be determined.)
___ Defendant is ordered to pay a fine in the amount of $ _____
✓ Defendant is ordered to pay a special assessment of $ 200.00 (NO FINE).

Monetary penalties are due as follows:

✓ The Court recommends to the U.S. Bureau of Prisons that the deft be incarcerated at: FCI as close to New York City as possible.
___ The deft is remanded to the custody of U.S.M.S.
___ The deft shall surrender to the U.S.M.S. for the Eastern District of N.Y. on _____ @ _____
___ The deft shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2:00pm on _____   ☐ as notified by USMS or   ☐ as notified by P.O.
✓ Open count(s) (All Open Counts) is/are dismissed on motion of the government.