

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PT
F. #2012R00310

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 31, 2017

<u>By ECF</u>

The Honorable Sterling Johnson, Jr.
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   <u>United States v. Shaka Stayman</u>
             <u>Criminal Docket Nos. 12-668(JG) and 13-264(JG)</u>

Dear Judge Johnson:

      On March 2, the Court adjourned the above-listed defendant's resentencing hearing until April 18, 2017. The undersigned Assistant U.S. Attorney recently learned that he will be unavailable on that date due to work travel. After consultation with counsel for the defendant, the government respectfully requests that the defendant's resentencing hearing be moved to 9:30 a.m. on any of the following dates: April 11, 2017, April 13, 2017 or April 25, 2017. The government greatly appreciates the Court's consideration.

                              Respectfully submitted,

                              BRIDGET M. ROHDE
                              United States Attorney

                By:    /s/
                         Paul Tuchmann
                         Assistant U.S. Attorney
                         718-254-6294

cc:     Donna Newman, Esq. (By ECF)